IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| RYAN RODRIGUEZ,<br><br>                Plaintiff,<br><br>v.<br><br>ALTERYX, INC.,<br><br>                Defendant. | Case No. 1:21-cv-3760<br><br>The Honorable Andrea R. Wood<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STATUS REPORT**

Defendant Alteryx, Inc. ("Defendant"), by and through its counsel, hereby provides the following Status Report:

1. On January 6, 2022, the Court referred this matter to Magistrate Judge Gilbert for a settlement conference at the parties' request. (*See* ECF No. 21.)

2. The parties participated in a settlement conference with Magistrate Judge Gilbert on February 17, 2022, but were unable to reach an agreement at that time. (*See* ECF No. 32.)

3. With the assistance of Magistrate Judge Gilbert, the parties continued settlement discussions following the February 17, 2022 settlement conference. (*See* ECF Nos. 33, 35, and 36.) On March 9, 2022, the parties agreed to resolve this matter in principle and are currently finalizing settlement. (*See* ECF No. 37.)

4. The parties will file a joint stipulation of dismissal once settlement is finalized, and anticipate doing so on or before May 9, 2022.

5. Accordingly, Defendant respectfully requests that the Court enter an order vacating all current deadlines and staying this case in its entirety.

Respectfully Submitted,                                    Dated: March 12, 2021

**BAKER & MCKENZIE LLP**

By: */s/ Joseph T. Charron Jr.*
    Counsel for Defendant Alteryx, Inc.

Joseph T. Charron Jr.
Remy D. Snead
**BAKER & MCKENZIE, LLP**
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-4208
Facsimile: (312) 698-2960
jt.charron@bakermckenzie.com
remy.snead@bakermckenzie.com

Robin J. Samuel
**Baker & McKenzie, LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Telephone: (310) 201-4706
robin.samuel@bakermckenzie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2022, the foregoing Status Report was filed with the Court via ECF filing, which sent notification of such filing to the following:

Daniel Lynch
Stephen Mrowiec
Lynch Thompson LLP
150 S. Wacker Dr., Suite 2600
Chicago, Illinois 60606
dlynch@lynchthompson.com
smrowiec@lynchthompson.com
docketing@lynchthompson.com
*Attorneys for Plaintiff*

By: */s/ Joseph T. Charron Jr.*
Joseph T. Charron Jr.